UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ERNEST JOHNSON,

       Defendant.
_____/

Civil Action No.
99-CR-80809-2-DT

HON. BERNARD A. FRIEDMAN

## ORDER DENYING DEFENDANT'S "MOTION TO AMEND JUDGMENT & SET SCHEDULE OF PAYMENTS" AND MOTION FOR SUMMARY JUDGMENT

This matter is presently before the Court on Defendant's (1) "Motion to Amend Judgment & Set Schedule of Payments" and (2) Motion for Summary Judgment. In effect, Defendant is asking the Court to adjust his required restitution payments under the Bureau of Prison's Inmate Financial Responsibility Program ("IFRP").

The Court has reviewed the Motions, the IFRP, and relevant statutes. The Court has no authority to adjust the Defendant's restitution payments. In fact, the Court instructs Defendant to fully comply with the schedule of payments under the IFRP. Accordingly,

IT IS ORDERED that Defendant's "Motion to Amend Judgment & Set Schedule of Payments" is denied.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is denied.

      s/Bernard A. Friedman
      BERNARD A. FRIEDMAN
      CHIEF UNITED STATES DISTRICT JUDGE

Dated: June 14, 2006
       Detroit, Michigan

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

    /.s/ Patricia Foster Hommel
    Patricia Foster Hommel
    Secretary to Chief Judge Friedman